**Opinion filed December 2, 2010**



In The

# Eleventh Court of Appeals

_____

## No. 11-10-00320-CR

_____

### CAROL JOHNENE MORRIS, Appellant
### V.
### STATE OF TEXAS, Appellee

**On Appeal from the 441st District Court**
**Midland County, Texas**
**Trial Court Cause No. CR37161**

### M E M O R A N D U M   O P I N I O N

Carol Johnene Morris filed this appeal from the denial of her motion to recuse. Upon receiving the docketing statement, the notice of appeal, and the clerk's record on October 25, 2010, we notified Morris in writing that the order from which she appealed did not appear to be a final appealable order. We notified Morris that her appeal would be subject to dismissal if she did not respond by November 9, 2010, showing grounds to continue this appeal. Morris has not responded.

The order denying Morris's motion to recuse is an interlocutory order, not a final appealable order. *Means v. State*, 825 S.W.2d 260 (Tex. App.—Houston [1st Dist.] 1992, no pet.). We have no jurisdiction to review that order at this time.

The appeal is dismissed for want of jurisdiction.

December 2, 2010                                                    PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.